## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTOPHER SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1411 (PLF) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants District of Columbia and Charles Ramsey, by and through undersigned counsel, move for an enlargement of time to answer or otherwise respond to the Complaint up to an including September 28, 2006. The additional time is necessary to complete Defendants' response. A memorandum of points and authorities in support and a proposed Order accompany this motion.

Pursuant to LCvR 7.1(m), Defendants' counsel sought Plaintiff's consent to the relief requested herein. Plaintiff, through counsel, consented.

Dated: September 25, 2006                Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTOPHER SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1411 (PLF) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

1.   This action arises from the settlement of a case previously pending before this Court entitled Sanders v. District of Columbia, No. 97-2938. Sanders, one of the Plaintiffs in that case, filed a Notice of Dismissal on September 10, 2002 in accordance with a settlement agreement entered into by the parties. Significantly, Sanders conditioned any right to file a new action concerning alleged retaliation or other allegedly inappropriate conduct upon exhaustion of administrative remedies. In such circumstances, Sanders agreed that he would file for voluntary mediation before Magistrate Judge Facciola within 30 days after completing any administrative procedures offered by the MPD as a condition precedent to any further new lawsuit.

2.   The Complaint in this matter was filed on August 9, 2006. Although no proofs of service have been filed as required by the Federal Rules of Civil Procedure, the District appears to have received process on or about August 11, 2006, as did Chief of Police Charles Ramsey in his individual and official capacities. Captain Jeffrey Herold, the police official who

investigated and documented Sanders' knowingly false statements to obtain approval of sick leave, appears to have received process on or about August 21, 2006.  The District is currently evaluating the legal sufficiency of this service and reserves all arguments concerning its legal sufficiency.

3.	Defendant has completed much of its factual analysis and is researching the legal issues that appear to be raised by them.  However, due to the press of litigation, including pretrial preparations in a large employment discrimination case, it has been unable to complete its response. The additional time will allow it to complete this work.  Since this motion is being filed before the deadline for filing an answer, Rule 6(b)(1) governs.  Defendant suggests that sufficient cause has been shown to support the requested enlargement under this rule.

4.	Sanders will not be prejudiced by the enlargement as shown by his counsel's consent to entry of the relief requested herein.

For the foregoing reasons and such others as may appear to the Court, Defendant respectfully requests that the Court enlarge the time for the District and Chief of Police Ramsey to file an answer or other response to September 28, 2006.

Dated: September 25, 2006	Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163

2

/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov
Assistant Attorney General

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHRISTOPHER SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1411 (PLF) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Having considered Defendants' Consent Motion For Enlargement Of Time To Answer Or Otherwise Respond To The Complaint, the memorandum of points and authorities in support, Plaintiff's consent, and the entire record herein, it is, this ____ day of ____, 2006:

ORDERED:  Defendants' Consent Motion For Enlargement Of Time To Answer Or Otherwise Respond To The Complaint shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:   that Defendants shall have up to and including September 28, 2006, to answer or otherwise respond to the Complaint.

_____
Paul L. Friedman
United States District Judge

4

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Michael G. Kane, Esq.
Cashdan & Kane, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036