IN THE UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER SANDERS** )<br>)<br>)<br>) Civil Action No. 06-1411<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA** )<br>) | |

## CONSENT MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS AND POINT AND AUTHORITIES IN SUPPORT THEREOF

Plaintiff respectfully moves the Court for an Order extending the time in which to file an opposition to Defendants' pending motion to dismiss, to November 10, 2006. Counsel for Defendants consents to the relief requested herein. In support of the foregoing, Plaintiff states as follows:

Defendant filed a motion to dismiss on September 28, 2006.

Plaintiff's response is due on October 12, 2006.

Plaintiff will be unable to respond in the allotted time. Counsel for Plaintiff has just filed an opposition to summary judgment in another case pending in D.C. Superior Court. As a result, Plaintiff's counsel has not had an opportunity to research the many complicated issues raised by Defendants' Motion. In addition, Plaintiff's counsel is preparing an opposition to a motion to dismiss in another case pending in federal court.

Plaintiff requests an extension up to and including November 10, 2006. A proposed order is attached.

Defendants consent to the relief requested herein.

                                  Respectfully submitted,

                                  _____
                                  Michael G. Kane, Bar No. 435121
                                  CASHDAN & KANE, PLLC
                                  1150 Connecticut Avenue, N.W.
                                  Suite 900
                                  Washington, D.C. 20036-4129
                                  Tel. (202) 862-4330
                                  Fax. (202) 862-4331

Dated: October 11, 2006