IN THE UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER SANDERS** ) | |
| ) | |
| ) | |
| ) | Civil Action No. 06-1411 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| ) | |

# ORDER

Considering Plaintiff's Consent Motion for an Extension of Time in which to respond to Defendants' motion to dismiss, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED** and it is further

**ORDERED** that Plaintiff shall have up to and including November 10, 2006 in which to respond to the motion to dismiss.

_____
U.S.D.J.