UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1411 (PLF) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants move for an enlargement of time in which to file a Reply Brief. The cause for the requested enlargement arises from the imminence of the Thanksgiving holiday and the press of other business. Defendants request that the deadline be set for December 6, 2006. Plaintiff consents to the entry of the requested relief and granting the enlargement will not prejudice Plaintiff in any way.

Pursuant to LCvR 7.1(m), Defendant's counsel contacted Plaintiff's counsel to seek consent to the requested relief. Plaintiff's counsel consented.

Dated: November 22, 2006          Respectfully submitted,

                                  EUGENE A. ADAMS
                                  Interim Attorney General for the District of Columbia

                                  GEORGE C. VALENTINE
                                  Deputy Attorney General
                                  Civil Litigation Division

/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHRISTOPHER SANDERS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 06-1411 (PLF) |
| v. | ) |
|  | ) |
| DISTRICT OF COLUMBIA, <u>et al.</u>, | ) |
|  | ) |
| Defendants. | ) |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

Defendants respectfully request that the Court set December 6, 2006, as the date for the filing of the reply brief in this matter. The Complaint is based on 42 U.S.C. § 1983 asserts violations of the First and Fifth Amendments. The District moved to dismiss these claims and the individual Defendant moved to dismiss on the ground of qualified immunity. Plaintiff opposed this motion and, after an enlargement, filed the Memorandum of Points and Authorities in Opposition on November 10, 2006. Defendants' reply brief is therefore due on November 22, 2006. Fed. R. Civ. P. 6(b)(1) governs the Court's decision of this motion.

Rule 6(b)(1) requires that the movant show "cause" for the requested enlargement. In this case, the cause arises from the imminence of the Thanksgiving holiday and the press of other business. The length of the requested enlargement is commensurate with the complexity of Plaintiff's Opposition and will permit a thorough reply. Plaintiff will not be prejudiced as shown

by his consent to the entry of the requested relief. In addition, granting the requested enlargement will be in the interest of justice.

For the foregoing reasons and such others as may appear to the Court, Defendants respectfully request that the Court set December 6, 2006 as the deadline for Defendants to file their reply brief in support of their motion to dismiss.

Dated: November 22, 2006                Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHRISTOPHER SANDERS,           ) | |
| )| |
| Plaintiff,           ) | |
| )| Civil Action No. 06-1411 (PLF) |
| v.           ) | |
| )| |
| DISTRICT OF COLUMBIA, et al.,           ) | |
| )| |
| Defendants.           ) | |

## ORDER

Having considered Defendants' Consent Motion For Enlargement Of Time To File Reply Brief, the memorandum of points and authorities in support, Plaintiff's consent, and the entire record herein, it is, this ____ day of ____, 2006:

ORDERED:  that Defendants' Consent Motion For Enlargement Of Time To File Reply Brief shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:   that Defendants shall have up to and including December 6, 2006 to file a reply brief in this matter.

_____
Paul L. Friedman
United States District Judge

5

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Michael G. Kane, Esq.
CASHDAN & KANE, PLLC
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036-4104