**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CHRISTOPHER SANDERS, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 06- 1411 (PLF) |
| | : | No Current Order |
| DISTRICT OF COLUMBIA, et al., | : | |
| Defendants. | : | |

DEFENDANTS' NOTICE OF WITHDRAWAL AND APPEARANCE OF COUNSEL

Pursuant to LCvR 83.6(b) Defendants note the withdrawal of Wendel V. Hall, Esq. and note the appearance of Thomas J. Foltz, Esq. as counsel for Defendants herein.

DATED: February 1, 2007

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Kimberly M. Johnson*
KIMBERLY M. JOHNSON D.C. Bar No. 435163
Chief, General Litigation Section 1

*/s/ Thomas J. Foltz*
THOMAS J. FOLTZ
Assistant Attorney General
D.C. Bar No. 462858
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6652
(202) 727-0431 (fax)
E mail: Thomas.foltz@dc.gov

CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on February 1, 2007.

_______________*/s/ Thomas J. Foltz*___________________
Thomas J. Foltz, Esq.

Sanders 06 1411 DC Notice of Withdraw WVH and Enter Appearance of TJF E sign 020107