UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CHRISTOPHER SANDERS,                )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 06-1411
                                    )
DISTRICT OF COLUMBIA, et al.,       )
                                    )
        Defendants.                 )
_____)

ORDER

This matter is before the Court on defendants' motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendants' motion to dismiss [6] is GRANTED in part and is DENIED in part; it is

FURTHER ORDERED that plaintiff's First Amendment retaliation claim against the District of Columbia and the substantive due process claims against all defendants are DISMISSED. The Court denies the motion to dismiss with respect to plaintiff's First Amendment retaliation claim against the individual defendants and plaintiff's procedural due process claims against all defendants; and it is

FURTHER ORDERED that there will be a status conference on November 19, 2007 at 9:30 a.m. to discuss how this case should proceed.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  November 8, 2007