UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SANDERS, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, et al., ) <br> ) <br>     Defendants. ) <br> ) | Civil Action No. 06-1411 |

SCHEDULING ORDER

The parties appeared for a status conference on November 19, 2007. Based on the representations of counsel, it is hereby ORDERED that

1. Defendants shall answer the complaint on or before December 11, 2007.

2. The parties agree to waive disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

3. Written fact discovery may proceed. Depositions are stayed until further order of the Court.

4. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers. Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

       5.       A further status conference is scheduled for February 26, 2008 at 9:15 a.m. Plaintiff's counsel may appear at that status conference by telephone.

       6.       Counsel are expected to evaluate their respective cases for settlement purposes. By separate order issued this same day, this case will be referred to Magistrate Judge Facciola for settlement discussions, at the request of the parties. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

       7.       Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

       SO ORDERED.

                                              _____/s/_____
                                              PAUL L. FRIEDMAN
                                              United States District Judge

DATE: November 19, 2007