UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTOPHER SANDERS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1411 |
| DISTRICT OF COLUMBIA, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER OF REFERRAL

This matter came before the Court for a status conference on November 19, 2007. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Facciola for settlement discussions, beginning on or about January 15, 2008; discussions shall conclude on or before February 25, 2008. A status conference is scheduled before the undersigned for February 26, 2008 at 9:15 a.m. The parties will contact Magistrate Judge Facciola's chambers to schedule a settlement conference.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 19, 2007