# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SANDERS, | : |
| Plaintiff, | : |
| v. | : Civil No. 06- 1411 (PLF) |
| | : Answer Due December 11, 2007 |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## NOTICE OF APPEAL

Defendants, Charles Ramsey, Jeffrey Herold and John Doe hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order and Memorandum Opinion (Docket Nos. 13 and 15) entered on November 8th and 9th, 2007, respectively, denying their motion to dismiss constitutional claims against them based on qualified immunity, and any and all orders merged therein.

DATED: December 6, 2007       Respectfully submitted,

                                              LINDA SINGER
                                              Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General, Civil Litigation Division


                                              _____*/s/ Kimberly M. Johnson*_____
                                              KIMBERLY M. JOHNSON   D.C. Bar No. 435163
                                              Chief, General Litigation Section 1

                                                */s/ Thomas J. Foltz*
                                      THOMAS J. FOLTZ
                                      Assistant Attorney General
                                      D.C. Bar No. 462858
                                      441 Fourth Street, N.W.
                                      Washington, D.C. 20001
                                      (202) 724-6652
                                      (202) 727-0431 (fax)
                                      E mail: Thomas.foltz@dc.gov


## CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on December 6, 2007.

                               */s/ Thomas J. Foltz*
                               Thomas J. Foltz, Esq.


Sanders 06 1411 DC Notice of Appeal E sign 120607

2