IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTOPHER SANDERS** | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**ORDER**

Considering the Plaintiff's Motion to Compel, Defendant District of Columbia's Opposition thereto, and any Reply, it is hereby

ORDERED that Plaintiff's Motion to Compel is GRANTED and it is further

ORDERED that all of Defendant District of Columbia's objections to the pending discovery have been waived and that the District shall respond to the discovery without objection by no later than March 3, 2008 and it is further

ORDERED that Plaintiff shall be awarded his fees and costs incurred in pursuing this matter. Plaintiff shall submit a request for fees and costs with a proposed order within 7 days of the date of this Order.

_____
U.S. District Court Judge

Date: