IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER SANDERS, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 06- 1411 (PLF) |
| | : | Status Conference February 26, 2008 |
| | : | 9:30 AM |
| DISTRICT OF COLUMBIA, et al., | : | |
| Defendants. | : | |

DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO DISCOVERY

Defendants, Charles Ramsey, Jeffrey Herold and John Doe and the District of Columbia collectively ("the Defendants") hereby file this motion pursuant to Fed. R. Civ. P 6(b)(2) to enlarge the time to respond to discovery from on or about January 22, 2008, until March 28, 2008. LCvR 7(m) consent for the relief requested herein was sought by e-mail on February 25, 2008, with no response being received.

As indicated in the Defendants' Opposition to the Motion to Compel filed today, the grounds for this motion to enlarge include the complexity of plaintiff's requests for discovery, pending mediation and additional assignments of undersigned counsel delayed the filing of the enlargement request until today. Material is being produced from the agency including a list of over 500 resignations from the Metropolitan Police Department over the past seven years.

An LCvR 7(a) supporting memorandum and an LCvR7(c) proposed order accompany this motion.

DATED: February 25, 2008          Respectfully submitted,

                                    PETER J. NICKLES
                                    Interim Attorney General for the District of Columbia

                                    GEORGE C. VALENTINE
                                    Deputy Attorney General, Civil Litigation Division

                                    _____*/s/ Kimberly M. Johnson*_____
                                    KIMBERLY M. JOHNSON   D.C. Bar No. 435163
                                    Chief, General Litigation Section 1

                                    _____*/s/ Thomas J. Foltz*_____
                                    THOMAS J. FOLTZ
                                    Assistant Attorney General
                                    D.C. Bar No. 462858
                                    441 Fourth Street, N.W.
                                    Washington, D.C. 20001
                                    (202)  724-6652
                                    (202) 727-0431 (fax)
                                    E mail: Thomas.foltz@dc.gov

CERTIFICATE OF SERVICE

      This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system.  This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on February 25, 2008.

                            _____*/s/ Thomas J. Foltz*_____
                                      Thomas J. Foltz, Esq.

Sanders 06 1411 DC Defendants MTN Nlrg Disc Resp Time E sign 022508.1