**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CHRISTOPHER SANDERS,   :
           :
   Plaintiff,     :
           :
v.            :  Civil No. 06- 1411 (PLF)
           :  Status Conference February 26, 2008
           :  9:30 AM
DISTRICT OF COLUMBIA, et al.,  :
           :
   Defendants.    :
           :
_____:

DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THEIR MOTION TO ENLARGE TIME TO RESPOND TO DISCOVERY

Factual and Procedural Background

   Defendants adopt and incorporate as if more fully set forth therein their statement of

factual and procedural background contained in the accompanying motion to enlarge and in their

opposition to the Plaintiff's motion to compel.  On balance, Defendants were faced with pressing

for mediation at the same time that discovery was being requested; additional assignments of

undersigned counsel also precluded the filing of the motion for enlargement.

   As the argument set forth below indicates, there is good cause to grant the enlargement.

No scheduling order currently exists cutting off discovery.  The defendants are working

diligently to produce the requested material with initial material forthcoming.

Argument

   Fed. R. Civil P. 6(b) (1) and (2) provide in relevant part:

(b) *Enlargement.*  When by these Rules of by notice given thereunder or by
order of court an act is required or allowed to be done at or within a specified
time, the Court for cause shown at any time in its discretion (1) with or without
motion or notice order the period enlarged if the request therefor is made before the

expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specific period permit the act to be done where the failure to act was the result of excusable neglect.

Courts grant "(b) (1)" enlargements (pre-expiration enlargements) where the moving party shows good cause and the opposing party suffers no prejudice.  4A Wright & Miller, Federal Practice and Procedure, Civil 2d §1165, n.5 (2002 ed.)  Similarly, courts grant "(b) (2)" or *nunc pro tunc* enlargements where the moving party has been diligent and the non-moving party suffers no substantial prejudice. 4A Wright & Miller, Federal Practice and Procedure, Civil 2d §1165, n.2 (2002 ed.). Furthermore, and as indicated in the Opposition to the Motion to Compel, undersigned counsel was also tasked with five additional complex commercial cases, some at the verge of pre-trial at the beginning of the year due to the departure of an Assistant Attorney General in his section for other employment.  "Excusable neglect" is plausible under such circumstances.

As applied to this case, the Defendants have been diligent given the somewhat conflicted mandate they faced—mediation and discovery—and the Plaintiff has suffered no substantial prejudice since the case was not yet tracked for discovery.

<u>Conclusion</u>

For the foregoing reasons, Defendants respectfully request that the motion to enlarge be granted and that they be given until March 28, 2008, to respond to plaintiff's discovery requests.

DATED: February 25, 2008         Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____ */s/ Kimberly M. Johnson*_____
KIMBERLY M. JOHNSON   D.C. Bar No. 435163
Chief, General Litigation Section 1


_____ */s/ Thomas J. Foltz*_____
THOMAS J. FOLTZ
Assistant Attorney General
D.C. Bar No. 462858
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6652
(202) 727-0431 (fax)
E mail: Thomas.foltz@dc.gov


CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system.  This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on February 25, 2008.


_____ */s/ Thomas J. Foltz*_____
Thomas J. Foltz, Esq.


Sanders 06 1411 DC Defendants MTN Nlrg Disc Resp Time MEMO E sign 022508.1