# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SANDERS, | : |
| Plaintiff, | : |
| v. | : Civil No. 06-1411 (PLF) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## ORDER

Defendants, Charles Ramsey, Jeffrey Herold and John Doe and the District of Columbia collectively ("the Defendants") filed their motion pursuant to Fed. R. Civ. P 6(b)(2) to enlarge the time to respond to discovery from on or about January 22, 2008, until March 28, 2008. Upon consideration of the motion, the supporting memorandum and any opposition or reply received in response thereto, it is hereby

ORDERED that the motion be and the same hereby is GRANTED; and it is further

ORDERED that the time by which Defendants shall file their responses to Plaintiff's written discovery requests be and the same hereby is ENLARGED to March 28, 2008.

ENTERED: _____

United States District Court Judge

COPIES TO:  Thomas J. Foltz, Esq.
Darrell Chambers, Esq.
Office of the Attorney General
441-4th Street, N.W., 6th Floor South
Washington, D.C. 20001

1

2

Michael G. Kane, Esq.
CASHDAN & KA NE
1150   Connecticut Ave., N.W., Ste 900
Washington, D.C. 20036-4129

Sanders 06 1411 DC Defendants MTN Nlrg Disc Resp Time ORDER 022508