Page 1 of 2

### Mike Kane

**From:** Mike Kane [mkane@cashdankane.com]
**Sent:** Tuesday, January 22, 2008 9:48 AM
**To:** 'Foltz, Thomas (OAG)'
**Subject:** RE: Sanders-Next Steps

Tom – Plaintiff will agree to a two week extension through February 6 on Defendant's discovery responses.

Michael G. Kane, Esq.
Cashdan & Kane, PLLC

In New Jersey:
435 E. Broad Street
Westfield, NJ 07090
(908) 264 -9331
fax (908) 264-9335
<http://www.cashdankane.com>

In Washington, D.C.:
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036
202-862-4330
fax 202-862-4331
<http://www.cashdankane.com>

Confidentiality note: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged.
If you have received this electronic transmission in error, you are advised, in accordance with D.C. Ethics Opinion No. 256, inter alia, not to read this email or any accompanying attachments, and not to disclose, distribute, or copy this message and/or attachments. Please immediately notify Michael G. Kane.

> **From:** Foltz, Thomas (OAG) [mailto:thomas.foltz@dc.gov]
> **Sent:** Friday, January 18, 2008 6:20 PM
> **To:** Mike Kane
> **Cc:** Quon, Teresa J.A. (MPD); Johnson, Kimberly Matthews (OAG)
> **Subject:** Sanders-Next Steps
>
> Dear Mike; I am trying to get a meeting with the Chief in order to respond to Judge Facciola's letter and need more time to respond to your interrogatories and requests. Problem is I have five new cases and another matter heading to trial in February so best I can do would be early March for finite responses. Need your consent for 60 additional days on the discovery. I will try to get my discovery out to you soon.
>
> Thomas J. Foltz
> Assistant Attorney General

2/29/2008