# United States Court of Appeals

### For The District of Columbia Circuit

---

**No. 07-7178**

**September Term, 2007**

**06cv01411**

**Filed On:**

Christopher Sanders,
      Appellee

v.

District of Columbia, et al.,
      Appellants



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   MAR 1 2 2008

**CLERK**

### O R D E R

Upon consideration of appellants' motion for voluntary dismissal of appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Mark Butler
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk