UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER SANDERS, )
) Civil Action No. 06-1411 (PLF)
Plaintiff, )
)
v. )
)
DISTRICT OF COLUMBIA, et al., )
)
Defendants )
_____)

**DISTRICT OF COLUMBIA'S ANSWERS TO PLAINTIFF'S INTERROGATORIES**

Teresa Quon Hyden, Senior Assistant Attorney General, Office of the General Counsel, Metropolitan Police Department, 300 Indiana Avenue, N.W., Washington D.C. 20001, having been first duly sworn under oath, upon information and belief, gives the following answers to interrogatories propounded to Defendant by Plaintiff:

    (a)    The information supplied in these answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, its agents, representatives, and attorneys, unless privileged.

    (b)    The word usage and sentence structure may be that of the attorney assisting in the preparation of these answers and thus, does not necessarily purport to be the precise language of the executing party.

    (c)    Defendant reserves the right to amend, revise or supplement its answers to these interrogatories if and when new or different information becomes available.

    (d)    For any additional responsive information made available through deposition testimonies, the Defendant incorporates such information for purposes of giving the Plaintiff notice that such information exists, but does not adopt such testimony as accurate and complete.

DCMR § 3113, absent an order from the Court. Without waiving this objection, MPD does not keep records specifically related to resignation rescissions or resignation rescission decisions. Subject to this objection, the District will release information relating to Sworn Resignations for the Past Seven Years and Members Resigning Under Disciplinary Investigation once a mutually acceptable Protective order is entered in this case.

4. Identify all policies and practices (formal and informal) that record, reflect or refer to the taking of any and all types of leave for MPD employees including but not limited to FMLA leave, sick leave, administrative leave etc.

RESPONSE: See Exhibit #1 General Order 206-01 (Time and Attendance), General Order 206-02 (Sick Leave or Leave Without Pay), Special Order 01-24 (Administrative Leave for Academic Courses), Special order 83-26 (Excused Absences), Special Order 91-5 (Request for leave pursuant to the Family Medical Leave Act); See also, Exhibit #2 Special Order 90-17, Leave Without Pay Notification; General Order 100.12, Optional Sick Leave. See Chapter 12, D.C. Personnel Manual (DPM) found on the D.C. Department of Human Resources Website at: http://dchr.dc.gov/dcop/cwp/view,a,1218,q,529343.asp

5. Identify all policies and practices whether formal or informal at MPD that record, reflect or refer to the procedure for processing a request to rescind a resignation and/or a request to be reinstated.

RESPONSE: A resignation rescission request may be granted at the discretion of the Chief of Police. D.C. Official Code § 36-1301, *et seq.*; 6 DCMR § 807; 6 DCMR § 816.

6. Identify all persons responsible for formulating and implementing MPD regulations, policies and procedures for handling requests by officers to rescind their resignations and/or requests by officers to be reinstated.

RESPONSE: See response No.: 5 above.

5

9. Describe in detail all reasons why Plaintiff's request to rescind his resignation and/or be reinstated were denied.

**RESPONSE: See response No.: 5. Upon information and belief, Plaintiff had certain disciplinary and duty status problems. Plaintiff was AWOL from the MPD. Plaintiff abused his sick leave and leave under the Family and Medical Leave Act. See Exhibit #4, investigation of Plaintiff's abuse of sick leave.**

10. Identify the date that defendant first learned of the allegations against Plaintiff that form the basis of the reports allegedly issued by Defendant Herold concerning Sanders and identify or attach all documents that would record, reflect or refer to manner in which Defendant first learned of the allegations.

**RESPONSE: See Exhibit #4, investigation of Plaintiff's abuse of sick leave.**

11. Identify the e-mail system in use at MPD in the 2002-2003 timeframe and include in your answer the search-ability functions of the system and whether back up tapes are accessible.

**RESPONSE: Upon information and belief, MPD under went a technology refresh of computer desktops which began in 2003 as a migration of data from Novell's Groupwise electronic mail system to Microsoft's Exchange mail system. As each remote site was refreshed with new computers, the old computers were removed and the old server decommissioned and destroyed after personal data was migrated to the new system. Upon completion of the last site in early 2006, the Novell Netware system was retired and the only servers that remained were three (3) Groupwise servers and the main file/print server.**

**MPD's Office of the Chief Technology Officer attempted to use these 4 devices to recover the information requested without success. The design of the Novell Netware network was decentralized. Therefore, MPD would need the servers from the other MPD**

7

Mathew Klein who were permitted to go on Leave without pay or Leave with pay in order to pursue academic goals, e.g. completing a master's degree etc." once a mutually acceptable Protective order is entered in this case.

### ACKNOWLEDGMENT

I have read the foregoing answers to interrogatories, and they are true to the best of my knowledge, information, and belief.

TERESA QUON HYDEN

SWORN AND SUBSCRIBED before me, a Notary Public, this 28th day of March 2008.

Lorna P. Tucker-Jackson
Notary Public, District of Columbia
My Commission Expires 12/14/2010

NOTARY PUBLIC

My commission expires: _____

**OBJECTIONS AS NOTED:**   PETER NICKELS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

/S/ Darrell Chambers
DARRELL CHAMBERS[1]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C. 20001
202-724-6539
darrell.chambers@dc.gov

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Darrell Chambers has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

11