| GENERAL ORDER | SERIES | NUMBER | EFFECTIVE DATE |
|---|---|---|---|
| | 1202 | 1 | November 10, 1983 |

| SUBJECT: | DISTRIBUTION |
|---|---|
| Disciplinary Procedures and Processes | A |
| | ORIGINATING UNIT |
| | DDRO |

The purpose of this order is to ensure the integrity of the Metropolitan Police Department by establishing policies, rules and procedures for handling unsatisfactory performance and misconduct complaints against its members. It is the objective of this Department that all disciplinary actions against members be administered fairly and equitably in accordance with Department regulations and applicable law.

These procedures do not apply to allegations of unsatisfactory performance or misconduct on the part of probationary members. Allegations involving probationary members shall be handled in accordance with the applicable provisions of General Order 201.7 (Review Boards). This order consists of the following parts:

PART I    Responsibilities and Procedures for
          Members of the Department

          A.  General.
          B.  Offenses and Penalties.
          C.  Disciplinary Actions.
          D.  Suspensions.
          E.  Investigations.
          F.  Formal Charges.
          G.  Resolutions.
          H.  Decisions.
          I.  Appeals.
          J.  Extra Duty in Lieu of Fine.

PART II   Responsibilities and Procedures for
          Supervisory and Command Personnel

          A.  Commanding Officer.
          B.  Administrative Services Officer.
          C.  Departmental Disciplinary Review Officer.
          D.  Personnel Liaison Officer, Public Safety Cluster,
              D.C. Office of Personnel.
          E.  Director, Internal Affairs Division.
          F.  Director, Identification and Records Division.
          G.  Chief of Police.

PART I

    A.  General.

        1.  It is the policy of the Metropolitan Police Department that members are entitled to:

            a.  Know what is expected of them and what the consequences of not fulfilling those expections will be;

-33-

**G. Chief of Police.**

1. The Chief of Police is the designated authority with respect to discipline. Such authority may be redelegated.

2. The Chief of Police shall review and decide all appeals of disciplinary actions. The decision of the Chief of Police or his alternate, on appeals of corrective actions shall be the final and conclusive administrative review of these actions.

3. When applicable, the Chief of Police is authorized to select the members of all police trial boards.

4. In selecting members for the Police Trial Board, the Chief of Police shall without regard to rank select from:

   a. An alphabetical list of all deputy chiefs of police and inspectors who have previous experience as trial board members, without regard to rank.

   b. An alphabetical list of all deputy chiefs of police, inspectors and captains without previous experience as trial board members, without regard to rank.

5. Except as provided below, the Chief of Police shall select as chairman of such board the next eligible person from the list as set forth in Part 4(a) above and shall select to serve as members the next two eligibles from the list as provided in 4(b).

6. Notwithstanding provisions of the preceding paragraph, the Chief of Police in his judgment for good and sufficient reason may designate as trial board chairman and members, deputy chiefs of police, inspectors and captains without regard to their places on the alphabetical lists.

7. The Chief of Police shall record the findings of trial boards in a book kept for that purpose which shall be open to the inspection of the accused.

8. The findings of a trial board shall be final and conclusive, subject to approval of the Chief of Police, unless an appeal is made in writing to the Mayor within five days exclusive of Sundays and legal holidays after notice is sent. If no appeal is made, the papers shall be sent to the Chief of Police for his consideration. The Secretary to the Mayor shall send notices, when a fine is imposed, of the amount of such fine to the auditor.

9. When an appeal is made, the papers shall be forwarded to the Mayor, who hears such appeal either orally or on written briefs submitted by the accused or his/her attorney, as the Mayor may determine. The decision of the Mayor is final and conclusive, and he may affirm or modify the findings of a trial board and the penalty imposed or remand the case to the trial board who tried the case or to a new trial board for a rehearing as he may deem proper.

General Order No. 1202.1