IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTOPHER SANDERS** | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## ORDER

Considering Plaintiff's Motion to Amend the Complaint, Defendants' Opposition and Plaintiff's Reply, it is hereby

**ORDERED** that the Motion is **GRANTED** and it is further

**ORDERED** that the Clerk will accept the First Amended Complaint for filing.

_____
U.S. District Court Judge