IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER SANDERS, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 06-1411 (PLF) |
| | : | No Current Scheduling Order |
| DISTRICT OF COLUMBIA, et al., | : | |
| Defendants. | : | |

## DEFENDANTS' MOTION TO ASSERT PRIVILEGE AND FOR ENTRY OF A PROTECTIVE ORDER

Defendants, Charles Ramsey, Jeffrey Herold and John Doe and the District of Columbia collectively ("the Defendants") hereby file this motion pursuant to the Court's order of April 16, 2008. That order permits Defendants to assert privileges that the Court deemed waived pursuant to its Order of April 16, 2008. Defendants hereby assert that the disclosure of any personnel information must be protected under D.C. Official Code §1-631.01 (2001 ed.) and 6 DCMR 3112, 3113.

Defendants submit herewith their proposed protective order for the disclosure of any such personnel information not otherwise objected to on the grounds of relevance or burden. Defendants continue to object on the grounds of relevance and burden to the disclosure of the personnel files of any Chief of Police, past or present, and officials in the chain of command who were not similarly situated to the plaintiff. Those individuals include but are not limited to Chief Ramsey, Chief Lanier, and Capt. Broadbent, Capt. Herold, Officer Matthew Klein, and Capt.

Libby Callahan. Consent was sought from opposing counsel for the relief herein and was denied on or about Friday, April 25, 2008.

    Undersigned counsel notes that the alternative of a protective order was not discussed with Plaintiff's counsel and accordingly, Plaintiff has not had an opportunity to review the proposed order and consent or object thereto. An LCvR 7(a) supporting memorandum and an LCvR7(c) proposed order accompany this motion.

DATED: April 28, 2008        Respectfully submitted,

                              PETER J. NICKLES
                              Interim Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General, Civil Litigation Division

                              */s/ Kimberly M. Johnson*
                              KIMBERLY M. JOHNSON   D.C. Bar No. 435163
                              Chief, General Litigation Section 1

                              */s/ Thomas J. Foltz*
                              THOMAS J. FOLTZ
                              Assistant Attorney General
                              D.C. Bar No. 462858
                              441 Fourth Street, N.W.
                              Washington, D.C. 20001
                              (202) 724-6652
                              (202) 727-0431 (fax)
                              E mail: Thomas.foltz@dc.gov

### CERTIFICATE OF SERVICE

    This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on April 28, 2008.

3

_____/s/ Thomas J. Foltz_____
Thomas J. Foltz, Esq.

Sanders 06 1411 DC MTN Assert Priv & Protective Order E sign 042808