**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CHRISTOPHER SANDERS** | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

**PLAINITFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS PURSUANT**
**TO THE COURT'S ORDER OF APRIL 16, 2008**

Plaintiff Christopher Sanders files this request for attorney's fees and costs incurred in pursuing his motion to compel, which the Court granted on April 16, 2008.  In that Order the Court ordered that:

> … plaintiff shall be awarded his reasonable attorney's fees and costs incurred in pursuing his motion to compel.  Plaintiff shall submit a request for fees and costs with appropriate documentation and a proposed Order by May 2, 2008.

From the Court's April 16, 2008 Order (Docket #28).

Mr. Sanders' attorney Michael G. Kane spent a total of 11.4 hours on the motion to compel documents.  This includes two hours spent on responding to the District's motion for an extension of time, which it filed in connection with its opposition to the motion to compel.  Mr. Kane also spent one hour preparing this Request.  The Court denied the District's Motion in its April 16 Order.  David R. Cashdan spent a total of .4 hours on the motion to compel documents.  The detailed time records are attached hereto.

Mr. Sanders has agreed to compensate Mr. Kane at the hourly rate of $385 should he prevail in this matter. This is the rate Mr. Kane's hourly fee paying customers pay for his services.

The total amount of fees requested is $4,389 for work on the Motion to Compel plus an additional $385 for the one hour spent on preparing the attached request. Mr. Sanders is not seeking compensation for the .4 hours spent on the Motion by Mr. Cashdan.

These hourly rates are less than the attorney fee rate schedule known as the Laffey Matrix, maintained and updated by the U.S. Attorney's Office for the District of Columbia. For example, for Mr. Kane, who has 17 years experience, the hourly rate for 2007-2008 is $390 under the Matrix. The Laffey matrix is attached.

Mr. Sanders did not incur any costs in pursuing the motion.

A Proposed Order is attached.

Respectfully submitted this the 30th day of April, 2008

_____/S/_____
Michael G. Kane, Bar No. 435288
CASHDAN & KANE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036-4129
Tel. (202) 862-4330
Fax. (202) 862-4331

*Counsel for Plaintiff*
**CERTIFICATION**

I certify that the foregoing document was served by electronic means upon counsel for Defendants.

_____/S/_____
Michael G. Kane