IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTOPHER SANDERS** | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**DECLARATION OF MICHAEL G. KANE**

My name is Michael G. Kane. I am a partner in the firm of Cashdan & Kane, PLLC. I am making this declaration in support of the attached Request for Fees.

1. I and my firm are the attorneys for Plaintiff Christopher M. Sanders.

2. I am a 1991 graduate of the Fordham University School of Law. I am admitted to the Bars of Washington D.C., Virginia, Maryland, New York and New Jersey.

3. I typically represent plaintiffs in civil rights and employment matters and I have been doing so for over 13 years.

4. In connection with our representation of Mr. Sanders we were required to file a motion to compel the District to respond to Plaintiff's discovery requests.

5. The Court granted Plaintiff's Motion to Compel and denied Defendant's Motion to Enlarge Time to Respond to Discovery on April 16, 2008.

6. As part of its Order, the Court awarded plaintiff his attorneys fees and costs.

7. I spent a total of 11.4 hours of attorney time on the Motion to Compel and related documents. My time entries are attached to this declaration.

8. I also spent one hour of legal time preparing the Request.

9. In connection with this litigation, Mr. Sanders has agreed to compensate me at the rate of $385 per hour should he prevail in this matter.

10. This is the rate that I am customarily paid by my fee paying clients.

11. My $385 rate is similar to the Laffey Matrix rates set out by the US Attorney's Office in the District of Columbia as a reasonable attorney fee. Under that scheme, my rate would be $390 per hour. The current Laffey matrix is attached hereto.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

_____/S/_____
Michael G. Kane

Date 4/30/08