# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER SANDERS** ) | |
| ) | CA No. 06-1411 (PLF) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA, et al.** ) | |
| ) | |
| ) | |
| Defendants ) | |

## ORDER

Considering Plaintiff's Request for Fees and Costs in relation to his successful Motion to Compel, any opposition thereto and reply, it is hereby

**ORDERED** that Plaintiff's Request is **GRANTED** and it is further

**ORDERED** that Defendant District of Columbia shall pay to Plaintiff the sum of $4,774.00 within 10 days of the date of this Order.

_____
U.S. District Court Judge

Date _____