UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SANDERS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendants )<br>_____) | CA No. 06-1411 (PLF)<br>Next Event: Status Hrg. 2/26/08 |

CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT
AND PLAINTIFF'S MOTION TO RECONSIDER A PORTION OF THE
COURT'S AMENDED ORDER OF NOVEMBER 9, 2007

Defendants, District of Columbia, Charles Ramsey, and Jeffrey Herold, (collectively referred to herein as "Defendants"), through undersigned counsel, respectfully move this Honorable Court for an enlargement of time within which to respond to Plaintiff's Motion for Leave to Amend the Complaint and Plaintiff's Motion to Reconsider a Portion of the Court's Amended order of November 9, 2007, stating:

1.  On April 28, 2008, Plaintiff filed a Motion for Leave to Amend the Complaint and a Motion to Reconsider a Portion of the Court's Amended order of November 9, 2007. The Defendants' responsive pleadings are due May 12, 2008.

2.  Because of obligations in other cases, below-signed counsel has not had the opportunity to research and prepare responses to the Plaintiff's motions.

3.  It is believed that, given counsel's litigation obligations in other cases, a responsive pleading can be filed by May 27, 2008.

4.  Plaintiff will not be prejudiced by the court's granting this enlargement. In fact, Plaintiff's counsel has consented to the relief sought in this motion.

In support of this motion, Defendants respectfully refer the Court to the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

PETER J. NICKELS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/  Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

/S/   Darrell Chambers
DARRELL CHAMBERS[1]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C.  20001
202-724-6539
e-mail: darrell.chambers@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 7th day of MAY, 2008, a copy of Defendants' Consent Motion For Enlargement of Time to Respond to Plaintiff's Motion for Leave to Amend the Complaint and Plaintiff's Motion to Reconsider a Portion of the Court's Amended order of November 9, 2007 was served electronically on:

Michael G. Kane, Esquire
David R. Cashdan, Esquire
Cashdan & Kane, PLLC
435 E. Broad Street
Westfield, N.J. 07090

/S/   Darrell Chambers
DARRELL CHAMBERS

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Darrell Chambers has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SANDERS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendants )<br>_____) | CA No. 06-1411 (PLF)<br>Next Event: Status Hrg. 2/26/08 |

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fed. R. Civ. P. 6(b)(1).

2. Consent of the parties.

3. All the reasons set forth in the accompanying motion.

4. The inherent authority of this Honorable Court.

        Respectfully submitted,

        PETER J. NICKELS
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /S/  Kimberly M. Johnson
        KIMBERLY M. JOHNSON [435163]
        Chief, Civil Litigation Sec. I

        /S/   Darrell Chambers
        DARRELL CHAMBERS
        Assistant Attorney General
        441 4TH Street, NW, Suite 600 South
        Washington, D.C.  20001
        202-724-6539
        e-mail: darrell.chambers@dc.gov
        Attorney for Defendants

CERTIFICATE PURSUANT TO LOCAL RULE LCvR7(m)

I hereby certify that on May 6, 2008 I contacted counsel for the Plaintiff, Michael Kane, via electronic mail and requested his consent to this motion for enlargement. Mr. Kane contacted undersigned counsel on May 6, 2008 via electronic mail and consented to the relief requested in this Motion.

\s\ Darrell Chambers
DARRELL CHAMBERS

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 7th day of MAY, 2008, copies of Defendants' Consent Motion For Enlargement of Time to Respond to Plaintiff's Motion for Leave to Amend the Complaint and Plaintiff's Motion to Reconsider a Portion of the Court's Amended order of November 9, 2007, Memorandum of Points and Authorities, and Proposed Order were served electronically on:

Michael G. Kane, Esquire
David R. Cashdan, Esquire
Cashdan & Kane, PLLC
435 E. Broad Street
Westfield, N.J. 07090

/S/  Darrell Chambers
DARRELL CHAMBERS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SANDERS ) | |
| ) | CA No. 06-1411 (PLF) |
| Plaintiff, ) | Next Event: Status Hrg. 2/26/08 |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants ) | |

## **ORDER**

UPON CONSIDERATION of the Defendants' Motion, and Plaintiff's consent thereto, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, ORDERED and ADJUDGED:

1. That the Motion is hereby GRANTED; and

2. That the Defendants shall file responses to Plaintiff's Motion for Leave to Amend the Complaint and Plaintiff's Motion to Reconsider a Portion of the Court's Amended order of November 9, 2007 no later than May 27, 2008.

_____
UNITED STATES DISTRICT JUDGE