UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER SANDERS                  )
                                     )      CA No. 06-1411 (PLF)
         Plaintiff,                  )      Next Event: Status Hrg. 2/26/08
                                     )
    v.                               )
                                     )
DISTRICT OF COLUMBIA, et al.         )
                                     )
         Defendants                  )
_____)

## ORDER

UPON CONSIDERATION of the Defendants' Motion, and Plaintiff's consent thereto, it

is this _____ day of _____ 2008, by the United States District Court for the District

of Columbia, ORDERED and ADJUDGED:

1.    That the Motion is hereby GRANTED; and

2.    That the Defendants shall file responses to Plaintiff's Motion for Leave to Amend

the Complaint and Plaintiff's Motion to Reconsider a Portion of the Court's Amended order of

November 9, 2007 no later than May 27, 2008.


                              _____
                              UNITED STATES DISTRICT JUDGE