UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SANDERS,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>    Defendants. | Civil Action No. 06-1411 |

SCHEDULING ORDER

The Court issued a Scheduling Order on November 19, 2007. At the Court's request, the parties filed a supplemental joint meet and confer statement on May 2, 2008. Based upon the Joint Report submitted to the Court and the representations of counsel, it is hereby ORDERED that

    1.    Discovery shall be completed by September 8, 2008. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

    2.    Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

    3.    Each party is limited to a maximum of 10 depositions.

    4.    The parties agreed to waive disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

    5.    Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of

the Federal Rules of Civil Procedure are due by June 20, 2008.

   6. Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by July 21, 2008.

   7. Depositions of each party's retained experts shall be completed by September 8, 2008.

   8. Dispositive motions shall be filed on or before October 24, 2008; oppositions by November 24, 2008; and replies, if any, by December 9, 2008.  The parties shall file a joint status report on or before September 19, 2008, informing the Court whether they would like to be referred to alternative dispute resolution and whether they would like to vacate the briefing schedule during such alternative dispute resolution.

   9. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court.  If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers.  Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

   10. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge.  If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

   11. Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court.  See

LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

        SO ORDERED.

                                                  _____/s/_____
                                                  PAUL L. FRIEDMAN
                                                  United States District Judge

DATE: May 9, 2008