IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTOPHER SANDERS** | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

Upon consideration of Defendants motion to assert privilege and for the entry of a protective order pursuant to the Court's order of April 16, 2008, the supporting memorandum and any opposition or reply received in response thereto, it is hereby

**ORDERED** that the motion be and the same hereby is **DENIED** in part and **GRANTED** in part; and it is further

**ORDERED** that the following **PROTECTIVE ORDER** be and the same hereby is entered as follows and as further:

**ORDERED** that the parties shall mark as "Protected Document" or "Confidential" documents or information that contains personal information about an individual such as address or medical information; it is further

**ORDERED** that the contents of the protected documents and information (e.g., the documents that refer to the personnel and disciplinary records of the plaintiff, non party witnesses and employee personnel records or files received by Plaintiff from Defendants and received by Defendants from Plaintiff during discovery in this case) shall be disclosed only to the following persons, and with the following restrictions:

Counsel for any party engaged in the litigation of this action and professional, clerical secretarial and other support personnel of such counsel;

(1) Named parties to this litigation;

(2) Experts retained to assist counsel for any party to this Litigation;

(3) Potential witnesses or witnesses in the case in the good faith belief that examination with respect to confidential documents is necessary for legitimate discovery purposes;

(4) This Court and its employees, the triers of fact and court reporters transcribing testimony herein and notarizing officers.

Prior to this disclosure of confidential documents and information to any persons described in the preceding paragraphs, Plaintiff and Defendants shall provide such persons with a copy of this Order and shall advise them that the disclosure of these confidential documents is subject to the terms of this Protective Order. In addition, confidential documents shall be disclosed to an expert only after the expert has signed a commitment to comply with and be bound by this Order.

This Order shall not apply if these documents have been previously disclosed in a public manner.

The protected documents provided by the parties shall be used by the parties for this litigation only, except Plaintiff may use documents that concern Plaintiff as he chooses. The protected documents may be made available to the Court, but shall not be filed or used in a manner that compromises their confidentiality. All papers filed or presented in Court which embody the protected documents shall be filed under seal.

At the conclusion of this lawsuit, all confidential documents, including originals, copies, abstract or summaries thereof, shall be returned to counsel for Defendant or Counsel for Plaintiff,

or, in the alternative, destroyed. Counsel for Plaintiff and Counsel for Defendants may retain abstracts or summaries of confidential documents which contain counsel's mental impressions or opinions. Such abstracts or summaries shall remain subject to the terms of this Protective Order, Plaintiff, however shall be able to retain and use information regarding himself, only, received from Defendants.

Entered: _____

U.S. District Court Judge

Copies to:
Thomas J. Foltz, Esq.
Darrell Chambers,
Office of the Attorney General
441 4th Street, NW, 6th Fl South
Washington, DC 20001

Michael G. Kane, Esq.
Cashdan & Kane, PLLC
1150 Connecticut Avenue, NW Ste. 900
Washington, DC 20036