**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CHRISTOPHER SANDERS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 06- 1411 (PLF) |
| | : | Plaintiff's Expert Designation |
| | : | June 20, 2008 |
| DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| _____ | : | |

**DEFENDANTS' OPPOSITION TO PLAINTITFF'S MOTION FOR ATTORNEYS' FEES**

Defendants, Charles Ramsey, Jeffrey Herold and John Doe and the District of Columbia collectively ("the Defendants") hereby oppose that portion of Plaintiff's motion for attorneys' fees that sought to impose a ten day limit on the Defendants to pay attorneys' fees. Defendants respectfully request sixty (60) days for payment.

DATED: May 14, 2008                    Respectfully submitted,

                                       PETER J. NICKLES
                                       Interim Attorney General for the District of Columbia

                                       GEORGE C. VALENTINE
                                       Deputy Attorney General, Civil Litigation Division


                                       _____/s/ Kimberly M. Johnson_____
                                       KIMBERLY M. JOHNSON   D.C. Bar No. 435163
                                       Chief, General Litigation Section 1


                                       _____/s/ Thomas J. Foltz_____
                                       THOMAS J. FOLTZ
                                       Assistant Attorney General
                                       D.C. Bar No. 462858
                                       441 Fourth Street, N.W.

Washington, D.C. 20001
(202) 724-6652
(202) 727-0431 (fax)
E mail: Thomas.foltz@dc.gov

CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of

Columbia's electronic ECF file and serve system.  This filing has been filed with such Court and

served on all parties herein electronically through such ECF electronic file and serve system o

May 14, 2008.


_____/s/ Thomas J. Foltz_____
Thomas J. Foltz, Esq.

Sanders 06 1411 DC Opposition Plaintiff Motion for Attorneys Fees E Sign 051408