IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SANDERS, | : |
| Plaintiff, | : |
| v. | :  Civil No. 06- 1411 (PLF) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

**ORDER**

Upon consideration of the Plaintiff's Request for Fees and Costs in relation to his successful Motion to Compel, any opposition thereto and any reply, it is hereby

ORDERED that the Plaintiff's Request is GRANTED; and it is further

ORDERED that Defendant District of Columbia shall pay to Plaintiff the sum of $4,774.10 within sixty (60) days of the date of this Order.

ENTERED: _____

United States District Judge

Copies to:   David Cashdan, Esq.
Michael Kane, Esq
Cashdan & Kane
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036-4129

Thomas J. Foltz, Esq.
Office of the Attorney General
441-4th Street NW, 6th Floor South
Washington, D.C. 20001

Sanders 06 1411 DC Proposed Order Opp A Fees 051408