**FILED**
**MAY 1 6 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTOPHER SANDERS** | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

### ORDER

Considering Plaintiff's Request for Fees and Costs in relation to his successful Motion to Compel, any opposition thereto and reply, it is hereby

**ORDERED** that Plaintiff's Request is **GRANTED** and it is further

**ORDERED** that Defendant District of Columbia shall pay to Plaintiff the sum of $4,774.00 within 60 days of the date of this Order.

/s/ Paul L. Friedman
U.S. District Court Judge

Date 5/16/08