# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SANDERS, : | |
| Plaintiff, : | |
| v. : | Civil No. 06-1411 (PLF) |
| : | Plaintiff's Expert Designation |
| : | June 20, 2008 |
| DISTRICT OF COLUMBIA, et al., : | |
| Defendants. : | |

## DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO ASSERT PRIVILEGE AND FOR ENTRY OF A PROTECTIVE ORDER

Defendants, Charles Ramsey, Jeffrey Herold and John Doe and the District of Columbia collectively ("the Defendants") hereby file their reply to Plaintiff's Opposition to Defendants' Motion to Assert Privilege and for Entry of a Protective Order.

Defendants adopt and incorporate as if more fully set forth herein their prior memoranda in support of the assertion or non-waiver of privilege. Defendants note that they would amend the protective order proposed by plaintiff to require redaction of the following information before disclosure to plaintiff: address, birth date, phone number, social security number and life and medical insurance information.

DATED: May 21, 2008          Respectfully submitted,

                                              PETER J. NICKLES
                                              Interim Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General, Civil Litigation Division

                                    */s/ Kimberly M. Johnson*
                                    KIMBERLY M. JOHNSON   D.C. Bar No. 435163
                                    Chief, General Litigation Section 1


                                    */s/ Thomas J. Foltz*
                                    THOMAS J. FOLTZ
                                    Assistant Attorney General
                                    D.C. Bar No. 462858
                                    441 Fourth Street, N.W.
                                    Washington, D.C. 20001
                                    (202)  724-6652
                                    (202) 727-0431 (fax)
                                    E mail: Thomas.foltz@dc.gov


## CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system.  This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on May 21, 2008.


                                   */s/ Thomas J. Foltz*
                                   Thomas J. Foltz, Esq.


Sanders 06 1411 DC Reply to Pltf Opp to MTN Protect Order E sign  052108