UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER SANDERS | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | Next Event: |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Reconsider a Portion of the Court's Amended Order of November 9, 2007 and the Defendants' Opposition, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, ORDERED and ADJUDGED:

1.  That the Motion be and it is hereby DENIED.

_____
UNITED STATES DISTRICT JUDGE