UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER SANDERS | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | Next Event: Status Hrg. 2/26/08 |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## **ORDER**

UPON CONSIDERATION of the Plaintiff's Motion to Amend the Complaint and the Defendants' Opposition, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, ORDERED and ADJUDGED:

1.   That the Motion be and it is hereby DENIED; and

_____
UNITED STATES DISTRICT JUDGE