IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTOPHER SANDERS** | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## PLAINITFF'S CONSENT MOTION TO EXTEND TIME FOR THE FILING OF EXPERT REPORTS

Plaintiff, Christopher Sanders, brings this motion pursuant to Fed. R. Civ. Proc. 6(b) to extend the time for the filing of expert reports by ten days with a like extension in the other time frames contained in the Court's Scheduling Order of May 9, 2008.

Defendants consent to this Motion.

In support of the Motion Plaintiff states that his experts will be unable to complete their reports by the current deadline of Friday June 20, 2008. For example, Plaintiff's economics damages expert Amy McCarthy is currently in an arbitration that will not end until June 20, 2008. The additional time up to and including June 30 will enable a full report to be served on the other party.

Because of this extension, Plaintiff also requests that the other timelines in the Court's Scheduling Order be extended by 10 days as set forth in the attached proposed Order.

Respectfully submitted this the 19th day of June, 2008

_____/S/_____
Michael G. Kane, Bar No. 435288
CASHDAN & KANE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036-4129
Tel. (202) 862-4330
Fax. (202) 862-4331

*Counsel for Plaintiff*

## CERTIFICATION

Defendants consent to the relief requested herein.