IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER SANDERS** ) | |
| ) | CA No. 06-1411 (PLF) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA, et al.** ) | |
| ) | |
| ) | |
| Defendants ) | |
| ) | |

### ORDER

Considering plaintiff's Consent Motion to Extend the time to file expert reports, it is hereby

**ORDERED** that the Court's Scheduling Order of May 19, 2008 is Amended and it is further

**ORDERED** that

1)      disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by June 30, 2008;

2)      disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by July 31, 2008;

3)      Depositions of each party's retained experts shall be completed by September 18, 2008;

2

4) Dispositive motions shall be filed on or before November 3, 2008; oppositions by December 4, 2008; and replies, if any, by December 19, 2008. The parties shall file a joint status report on or before September 22, informing the Court whether they would like to be referred to alternative dispute resolution and whether they would like to vacate the briefing schedule during such alternative dispute resolution.

5) All other terms of the May 9, 2008 Scheduling Order shall remain in effect.

_____
U.S. District Court Judge