IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTOPHER SANDERS** | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

## PLAINITFF'S CONSENT MOTION TO EXTEND TIME FOR DISCLOSING EXPERT ON LIABILITY

Plaintiff, Christopher Sanders, brings this motion pursuant to Fed. R. Civ. Proc. 6(b) to extend the time for disclosing his expert on liability issues by seven days.

Plaintiff's counsel attempted to contact counsel for Defendants to ascertain whether they would consent to the requested relied but were unable to reach them. Plaintiff's counsel will advise the Court of Defendants' position as soon as it is known.

In support of the Motion, Plaintiff states that the Court has previously extended the time to disclose experts by ten days. Consistent with that extension, Plaintiff has, on this date, disclosed Amy McCarthy, Ph.D. as his expert on the issue of economic damages and produced her report to Defendants.

Plaintiff, however, requests additional time regarding possible disclosure of an expert on liability issues. The person Plaintiff has attempted to speak with has been busy in administrative hearings the past week and has not been available to speak with Plaintiff's counsel. A short extension of seven days is therefore requested.

Because of this extension, Plaintiff also requests that the Defendant's response to any expert disclosed on liability be extended by 7 days as set forth in the attached proposed Order.

Respectfully submitted this the 30th day of June, 2008

_____/S/_____
Michael G. Kane, Bar No. 435288
CASHDAN & KANE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036-4129
Tel. (202) 862-4330
Fax. (202) 862-4331

*Counsel for Plaintiff*

## CERTIFICATION

Plaintiff's counsel attempted to contact, via telephone, counsel for Defendants to ascertain whether they would consent to the requested relief but were unable to reach them. Plaintiff's counsel will advise the Court of Defendants' position as soon as it is known.