## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTOPHER SANDERS** | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

## **ORDER**

Considering plaintiff's Consent Motion to Extend the time to disclose an expert on liability, it is hereby

**ORDERED** that Plaintiff's expert on liability, if any, be disclosed by July 7, 2008 and that Defendant's disclosure of an expert on liability be completed by August 4, 2008.

_____
U.S. District Court Judge