IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER SANDERS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 06- 1411 (PLF) |
| | : | |
| DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| _____ | : | |

**ORDER**

Defendants moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12 (c). .Upon consideration of the Motion, the supporting memorandum, any opposition thereto and any reply, it is hereby

ORDERED that the Defendants Motion is GRANTED; and it is further

ORDERED that the complaint be and the same hereby is DIMISSED WITH PREJUDICE.

ENTERED: _____
                                                                  United States District Judge

Copies to:   David Cashdan, Esq.
             Michael Kane, Esq
             Cashdan & Kane
             1150 Connecticut Avenue, N.W.
             Suite 900
             Washington, D.C. 20036-4129

             Thomas J. Foltz, Esq.
             Darrell Chambers, Esq.
             Office of the Attorney General
             441-4th Street NW, 6th Floor South
             Washington, D.C. 20001

Sanders 06 1411 DC MTN Judgment on Pleadings ORDER 071708