IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER SANDERS, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 06- 1411 (PLF) |
| DISTRICT OF COLUMBIA, et al., | : | |
| Defendants. | : | |

**ORDER**

Defendants moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12 (c). .Upon consideration of the Motion, the supporting memorandum, any opposition thereto and any reply, it is hereby

ORDERED that the Defendants Motion is GRANTED; and it is further

ORDERED that the complaint be and the same hereby is DIMISSED WITH PREJUDICE.

ENTERED: _____
United States District Judge

Copies to:   David Cashdan, Esq.
Michael Kane, Esq
Cashdan & Kane
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036-4129

Thomas J. Foltz, Esq.
Darrell Chambers, Esq.
Office of the Attorney General
441-4th Street NW, 6th Floor South
Washington, D.C. 20001

2

Sanders 06 1411 DC MTN Judgment on Pleadings ORDER 071708

2