IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER SANDERS,

    Plaintiff,

v.

                                           Civil No. 06- 1411 (PLF)
                                           Defendant's Expert Designation
                                           July 31, 2008

DISTRICT OF COLUMBIA, et al.,

    Defendants.

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants, Charles Ramsey, Jeffrey Herold and John Doe and the District of Columbia collectively ("the Defendants") move, by and through the undersigned counsel, for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c). An LCvR 7(a) supporting memorandum and LCvR 7(c) proposed order accompany this motion. Since this is a dispositive motion, no meet and confer with opposing counsel under LCvR7 (m) was necessary.

Defendants now argue at the close of the pleadings that the Court should find as a matter of law, based a recently decided case in the District and on a matters of public record, that plaintiff Christopher Sanders ("plaintiff") made his statements pursuant to his official duties, thus defeating his claim under *Garcetti v. Ceballos*, 547 U.S. 410 (2006). His subsequent lawsuit did not change the official nature of his prior communications.

*Williams v. Johnson*, 537 F. Supp. 2d 141 (D.D.C. 2008) decided after the Court's Amended Opinion of November 9, 2007, supports the initial position that his speech was not as a citizen but as a public employee. *Ruotolo v. City of New York*, 2006 U.S. Dist. Lexis 49903 (S.D. N.Y. 2006), *aff'd on other grounds*, 514 F.3d 184 (2d Cir. 2008), supports the position that

lawsuits filed for public employee speech do not themselves become protected activity. Finally, and in addition, Defendants argue that there is no property interest in a resignation or reinstatement, and moreover, that there was no deprivation even were there a property interest since plaintiff's resignation was entirely voluntary.

DATED: July 21, 2008          Respectfully submitted,

PETER J. NICKLES
Acting Atty. General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Kimberly M. Johnson
KIMBERLY M. JOHNSON
D.C. Bar No. 435163
Chief, General Litigation Section 1

/s/ Darrell Chambers
DARRELL CHAMBERS
Assistant Attorney General
D.C. Bar No. 980872
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6539
(202) 741-8799 (fax)
E mail: darrell.chambers@dc.gov

## CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on July 21, 2008.

_____/s/ Darrell Chambers_____
Darrell Chambers, Esq.