UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | |
| CHRISTOPHER SANDERS | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

DEFENDANTS' CONSENT MOTION FOR
ENLARGEMENT OF TIME TO FILE EXPERT DISCLOSURES

Defendants, District of Columbia, Charles Ramsey, and Jeffrey Herold, (collectively referred to herein as "Defendants"), through undersigned counsel, respectfully moves this Honorable Court for an enlargement of time within which to file expert disclosures under Federal Rule 26(a)(2) and (b)(4), stating:

1.      Defendants' expert disclosures are due on July 31, 2008.  Defendants intend to produce a police procedures expert and an economic expert.

2.      The undersigned counsel was on vacation from July 14, through July 18.  Upon returning on July 21, the undersigned began a trial.  During this time, co-counsel Thomas Foltz was researching and had intended to engage expert witnesses.  Unfortunately, Mr. Foltz passed away on or about July 20, 2008.

3.      Because of the aforementioned vacation, trial, along with litigation responsibilities in other cases, the undersigned is only now able to continue the search for expert witnesses.

4.      Counsel for the Defendants seeks an enlargement of thirty (30) days within which

to file expert disclosures.

5.      If this motion is granted, undersigned counsel is confident that expert disclosures

can be filed on behalf of the Defendant on or before August 31, 2008.

6.      Counsel for the Plaintiff has consented to the relief sought in this motion.

In support of this motion, defendant respectfully refers the Court to the accompanying

Memorandum of Points and Authorities.

Respectfully submitted,

PETER J. NICKELS
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/  Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

/S/   Darrell Chambers
DARRELL CHAMBERS [980872]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C.  20001
202-724-6539
e-mail: darrell.chambers@dc.gov

### CERTIFICATE PURSUANT TO LOCAL RULE 12-I

I HEREBY CERTIFY that I contacted plaintiff's counsel, Michael Kane, on July 29, 2008,

to request his consent to the Defendants' Motion to Enlarge.  Plaintiff consents to this request.

/S/   Darrell Chambers
DARRELL CHAMBERS

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 31st day of JULY, 2008, a copy of Defendants' Motion

For Enlargement of Time to File Expert Disclosures was served electronically upon:

Michael G. Kane, Esquire
David R. Cashdan, Esquire
Cashdan & Kane, PLLC
435 E. Broad Street
Westfield, N.J. 07090
Attorneys for Plaintiff

/S/   Darrell Chambers
DARRELL CHAMBERS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

|  |  |  |
|---|---|---|
| CHRISTOPHER SANDERS | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants | ) | |

---

## MEMORANDUM OF POINTS AND AUTHORITIES

1.    Fed. R. Civ. P. 6(b)(1).

2.    The consent of the parties.

3.    All the reasons set forth in the accompanying motion.

4.    The inherent authority of the Honorable Court.


Respectfully submitted,

PETER J. NICKELS
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/  Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

/S/   Darrell Chambers
DARRELL CHAMBERS [980872]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C.  20001
202-724-6539
e-mail: darrell.chambers@dc.gov
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of JULY, 2008, copies of the foregoing Consent Motion for Enlargement of Time to File Expert Disclosures along with the accompanying Memorandum of Points and Authorities and Proposed Order were served electronically upon:

Michael G. Kane, Esquire
David R. Cashdan, Esquire
Cashdan & Kane, PLLC
435 E. Broad Street
Westfield, N.J. 07090
Attorneys for Plaintiff


/S/   Darrell Chambers
DARRELL CHAMBERS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| CHRISTOPHER SANDERS | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## **ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Enlarge Time to file

Expert Disclosures, there being no opposition thereto, and it appearing that a grant of the motion

would be just and proper, it is this _____ day of _____ 2008, by the United States

District Court for the District of Columbia, ORDERED and ADJUDGED:

1.    That the Motion is hereby GRANTED; and

2.    That the District shall file Expert Disclosures no later than August 31, 2008.


_____
UNITED STATES DISTRICT JUDGE