UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SANDERS | ) |
| Plaintiff, | ) CA No. 06-1411 (PLF) |
| v. | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| Defendants | ) |

## **ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Enlarge Time to file Expert Disclosures, there being no opposition thereto, and it appearing that a grant of the motion would be just and proper, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, ORDERED and ADJUDGED:

1. That the Motion is hereby GRANTED; and

2. That the District shall file Expert Disclosures no later than August 31, 2008.

_____
UNITED STATES DISTRICT JUDGE