IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTOPHER SANDERS** | ) | |
| | ) | CA No. 06-1411 (PLF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**ORDER**

Having considered the Plaintiff's Motion to Extend the Discovery Period and Defendants' consent thereto, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED** and it is further

**ORDERED** that discovery in this matter shall be extended up to and including November 10, 2008, and it is further

**ORDERED** that dispositive motions be filed by December 9 2008, oppositions by December 23, 2008 and replies, if any, by January 6, 2009.  The parties shall file a joint status report on or before November 19, 2008 informing the Court whether they would like to be referred to alternative dispute resolution and whether they would like to vacate the briefing schedule during such alternative dispute resolution.

_____
U.S. District Court Judge

Date: