UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTOPHER SANDERS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.* )<br>)<br>Defendant. ) | Civil Action No.: 06-1411 (PLF) |

DEFENDANTS' CONSENT MOTION FOR

ENLARGEMENT OF TIME TO FILE EXPERT DISCLOSURES

Defendants, the District of Columbia, Charles Ramsey, and Jeffrey Herold, (collectively referred to herein as "Defendants"), through undersigned counsel, respectfully moves this Honorable Court for an enlargement of time within which to file expert disclosures under Federal Rule 26(a)(2) and (b)(4), stating:

1.   Defendants' expert disclosures are due on September 2, 2008. Defendants intend to produce a police procedures expert and an economic expert.

2.   Defendants are required to receive approval for the expenditure of funds before engaging any expert witnesses in order to be in compliance with the District Of Columbia Anti-deficiency Act. Those funds were requested on August 14, 2008. The undersigned received a copy of the approved purchase order on September 2, 2008.

3.   Counsel for the Defendants has spoken to an economic expert, who has indicated that a report can be completed on or before September 23, 2008.

4.   Counsel for the Defendants seeks an enlargement until September 23, 2008 within which to file expert disclosures. If this motion is granted, undersigned

counsel is confident that expert disclosures can be filed on behalf of the Defendants on or before that date.

     5.     Counsel for the Plaintiff has consented to the relief sought in this motion.

     6.     Despite receiving consent from Plaintiff's counsel to the relief sought in this motion on September 2, 2008, and due to the press of litigation obligations in other cases, counsel for the Defendants inadvertently failed to file this motion before the September 2, 2008 deadline for expert disclosures.

In support of this motion, defendant respectfully refers the Court to the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

PETER NICKELS
Acting Atty. General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/  Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

/S/   Darrell Chambers
DARRELL CHAMBERS [980872]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C.  20001
202-724-6539
darrell.chambers@dc.gov

## CERTIFICATE PURSUANT TO LOCAL RULE 12-I

I HEREBY CERTIFY that I contacted plaintiff's counsel, Michael Kane, on September 2, 2008 to request his consent to the Defendants' Motion to Enlarge. Plaintiff consents to this request.

/S/   Darrell Chambers
DARRELL CHAMBERS

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 10th day of SEPTEMBER, 2008, copies of Defendants' Consent Motion For Enlargement of Time to File Expert Disclosures, Memorandum of Points and Authorities in Support Thereof, and Proposed Order were served electronically upon:

Michael G. Kane, Esquire
David R. Cashdan, Esquire
Cashdan & Kane, PLLC
435 E. Broad Street
Westfield, N.J. 07090
Attorneys for Plaintiff

/S/   Darrell Chambers
DARRELL CHAMBERS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER SANDERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 06-1411 (PLF) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fed. R. Civ. P. 6(b)(1).

2. The consent of the parties.

3. All the reasons set forth in the accompanying motion.

4. The inherent authority of this Honorable Court.


Respectfully submitted,

PETER NICKELS
Acting Atty. General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/  Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

/S/   Darrell Chambers
DARRELL CHAMBERS [980872]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C.  20001
202-724-6539
darrell.chambers@dc.gov